**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

JOHN W. CARTER                                              PLAINTIFF

VERSUS                          CIVIL ACTION NO. 5:05cv118-DCB-JCS

ALLSTATE INSURANCE COMPANY;
ALLSTATE INDEMNITY COMPANY;
AND ALLSTATE CORPORATION                               DEFENDANTS


**ORDER OF REMAND**

    This cause having come before the Court on the plaintiff's Motion to Remand [**docket entry no. 3**], and the Court having granted the motion in an order; accordingly,

    IT IS HEREBY ORDERED that this action is **REMANDED** to the Circuit Court of Claiborne County, Mississippi.

    SO ORDERED, this the 9th day of December, 2005.


                      S/DAVID BRAMLETTE
                      UNITED STATES DISTRICT JUDGE